479 A.2d 1132

Commonwealth v. Conway, Appellant.

Submitted May 4, 1984. Robert F. Pappano, Assistant Public Defender, for appellant; Ann A. Osborne, Assistant District Attorney, for Commonwealth, appellee.

Before CIRILLO, DEL SOLE and POPOVICH, JJ.

Judgment affirmed.